In the Matter of the Application for the Removal of MARY A. McKNIGHT et al., as Executors of and Trustees under the Will of JOHN J. McKNIGHT, Deceased, Respondents.

FRANK V. MILLARD, as Receiver of SARAH W. ARMSTRONG et al., Appellant.

*Matter of McKnight,* 80 App. Div. 284, affirmed.
(Argued May 31, 1904; decided June 14, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 17, 1903, which affirmed an order of the Westchester County Surrogate's Court denying the application herein.

*Henry C. Griffin* for appellant.

*William H. H. Ely* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE STANDARD TRUST COMPANY, as Executor of ALFRED M. PERRIN, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants.

(Submitted May 31, 1904; decided June 14, 1904.)

Motion for reargument denied, with ten dollars costs.   (See 178 N. Y. 407.)

---

SARAH IRENE LANE, as Administratrix of the Estate of CHARLES W. D. LANE, Deceased, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

(Submitted May 31, 1904; decided June 14, 1904.)

Motion for reargument denied, with ten dollars costs.   (See 176 N. Y. 557.)